UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-20381-RAR

**SERGIO SALANI**,

    Plaintiff,

v.

**AT&T MOBILITY LLC**,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon Defendant AT&T Mobility LLC's Notice of Removal, ("Notice"), [ECF No. 1]. Defendant has notified the Court that this action is potentially related to MDL No. 3114, pending in the United States District Court for the Northern District of Texas. *See* [ECF No. 1] ¶ 11. Accordingly, because this case may ultimately be transferred by the Judicial Panel on Multidistrict Litigation ("JPML"), it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This case is **STAYED** pending a transfer decision by the JPML. Keeping this case closed until the JPML decides the transfer issue is in the interest of judicial economy and consistency. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").

2. The stay will not exceed six months, and Defendant shall file status reports every **thirty (30) days** beginning on **March 3, 2025**, advising the Court of the status of the JPML's transfer decision.

3. The above-styled action is administratively **CLOSED** without prejudice to the parties to move to reopen this matter and restore it to the active docket if the JPML does not transfer the case to the Northern District of Texas.

4. Plaintiff's Motion to Remand to State Court, [ECF No. 3], is **DENIED** *without prejudice*. The Court finds that Plaintiff will not be prejudiced by a brief stay of proceedings pending transfer, especially since Plaintiff may renew its Motion to Remand after the JPML has reached its decision.

**DONE AND ORDERED** in Miami, Florida, this 31st day of January, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**